IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT P. MCGOWAN, | |
|---|---|
| Plaintiff, | 8:17-CV-42 |
| vs. | |
| RITE-STYLE OPTICAL CO. and THE WALMAN OPTICAL COMPANY, | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 38), voluntarily dismissing Rite-Style Optical as a defendant. The motion will be granted.

IT IS ORDERED:

1. The plaintiffs' Motion to Dismiss (filing 38) is granted.

2. The plaintiff's claims against Rite-Style Optical are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

3. Rite-Style Optical is dismissed as a party.

Dated this 21st day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge