IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT P. MCGOWAN, | |
|---|---|
| Plaintiff, | 8:17-CV-42 |
| vs. | |
| RITE STYLE OPTICAL CO., and THE WALMAN OPTICAL COMPANY, | JUDGMENT |
| Defendants. | |

On the parties' joint motion to dismiss (filing 44), this action is dismissed with prejudice, each party to pay their own costs.

Dated this 5th day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge